PEOPLE OF PORTO RICO, Plaintiff and Appellee, v. CELINO PEÑA, Defendant and Appellant.

No. 2415. Argued March 24, 1925.—Decided March 31, 1925.

1. ARMS—CARRYING PROHIBITED ARMS—POCKET-KNIFE.—In determining whether the length of the blade of a folding pocket-knife is three inches or more within the meaning of section 2 of the Act of March 9, 1905 (sec. 5995 of the Compilation), the blade should be measured from the part where the tang fits into the handle of the knife.

District Court of Humacao, Pablo Berga, J. Judgment of conviction in a prosecution for carrying prohibited arms. *Affirmed.*
*Francisco González, Jr.,* and *Fernando Gallardo* for the appellant.
*José E. Figueras, Fiscal,* for the appellee.

MR. JUSTICE WOLF delivered the opinion of the court.

The Act of March 9, 1905, prohibits the carrying of certain arms, but section 2 thereof (Compilation 5995) excepts from the provisions of the Act a folding pocket-knife whose blade is less than three inches in length. The sole question in this case was whether the blade of the pocket-knife was less than the said three inches. If the blade was to be measured from the tang of the steel and only included the cutting part it was less than three inches, but if the blade was to be measured from the part where the tang fits into

the handle of the knife it was more than three inches. However, the word "blade" is used to distinguish that part of the knife which works on a rivet in the handle. The length of the steel plays a role in attack even though the tang is blunt. A sword or a dagger may penetrate up to the hilt and a pocket-knife may penetrate up to the handle.

We find no error and the judgment must be affirmed.